FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 OCT 15 PM 2: 01

CLERK_____
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF GEORGIA**

**SAVANNAH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CR407-154 |
| | ) | |
| JOHN W. BEMBRY, | ) | |
| | ) | |
| Defendant. | ) | |

## MINUTE ORDER

The above cause having come before the Court on the 12th day of October, 2007, and the following rulings having been made orally, said rulings are hereby made the judgment of the Court:

Defendant's motion to suppress is TAKEN UNDER ADVISEMENT.

All other pretrial motions are MOOT.

**SO ORDERED** this __15TH__ day of October, 2007.

_____
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**