IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,      )
                               )
v.                             )
                               )
JOHN W. BEMBRY,                )      CASE NO. CR407-154
                               )
        Defendant.             )
                               )

## O R D E R

Before this Court is Defendant John W. Bembry's "Motion for Return of Personal Property Not Deemed Illegal." (Doc. 102.) The Government opposes this Motion. (Doc. 114.) For the following reasons Defendant's Motion is **DENIED**.

John W. Bembry was charged, in a superseding indictment, with two counts of Social Security Fraud, two counts of Aggravated Identity Theft, and one count of Counterfeiting Securities of Private Entities. (Doc. 76.) On January 23, 2008, the Jury returned a verdict of guilty on all counts against Defendant. (Doc. 87.) Currently, Defendant is appealing his conviction to the United States Court of Appeals for the Eleventh Circuit. Defendant asks this Court for the return of his property that was "not deemed illegal" and not used as evidence in his trial. (Doc. 101.) The Government contends that the seized property is evidence of Defendant's crime regardless of its use at trial. (Doc. 114.) As such, the Government argues, it may hold the

property during the appeal because it would need the property if Defendant is granted a new trial. (Id.)

A criminal defendant is generally presumed to have a right to the return of her property once it is no longer needed as evidence. United States v. Dean, 100 F.3d 19, 20 (5th Cir. 1996), United States v. Mills, 991 F.2d 609, 612 (9th Cir. 1993). However, when a criminal defendant takes a direct appeal, the Government may still have a need for the seized property as evidence because her criminal proceedings have not concluded. United States v. Bailey, 206 F. App'x 650, 653 (8th Cir. 2006) (unpublished), United States v. Uribe-Londono, 177 F. App'x 89, 90-91 (1st Cir. 2006) (unpublished).

This Court finds that the Government may need the evidence in its possession should Defendant be granted a new trial on appeal. Therefore, the Government may keep the property during the pendency of Defendant's appeal. Accordingly, Defendant's Motion is **DENIED**.

SO ORDERED this 20th day of October, 2008.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA