FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 DEC -7 AM 10:59

CLERK _____
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

JOHN W. BEMBRY,              )
                         )
    Plaintiff,         )
                         )
v.                      )     CASE NOS. CV410-037
                         )              CR407-154
UNITED STATES OF AMERICA,   )
                         )
    Defendant.        )
_____)

### O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 8), to which objections have been filed (Docs. 10, 11). After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation and finds Plaintiff's objections to be without merit. Therefore, Plaintiff's 28 U.S.C. § 2255 motion is **DENIED.** The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 6th day of December 2010.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA